**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DEMARIUS Z. BALDWIN,

        Petitioner,

vs.                             CASE NO. 5:09cv133/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

        Respondent.
_____/

## ORDER

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 35).

Petitioner has not filed objections.

      **IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Respondent's Motion To Dismiss (Doc. 21) is granted, and the Petition for Writ of Habeas Corpus (Doc. 5) , challenging the conviction and sentence in *State of Florida v. Demarius Zechariah Baldwin*, in the Circuit Court of Escambia County, Florida, Case No. 01-4344, is dismissed with prejudice.

3.     The clerk is directed to close the file.

      **ORDERED** on September 7, 2010.

                        /S/ Richard Smoak_____
                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**