**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DEMARIUS Z. BALDWIN,

    Petitioner,

vs.                                             CASE NO. 5:09cv133/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on September 7, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**